

May 19, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20352-CR-ALTONAGA/SIMONTON

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

DAILIN PICO RODRIGUEZ,

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about February 4, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

in a matter within the jurisdiction of the Department of Justice, Office of Inspector General ("DOJ-OIG"), an agency of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant represented to a Special Agent of DOJ-OIG that her prison issued clothing contained the semen of a correctional officer at the Federal Detention Center in Miami ("FDC Miami") who had sexually assaulted her, when in truth and fact, as the defendant then and there well knew, her prison issued clothing did not contain the semen of a correctional officer at FDC Miami who had sexually assaulted her,

in violation of Title 18, United States Code, Section 1001(a)(2).

                                        A TRUE BILL

                                        FOREPERSON

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

DAILIN PICO RODRIGUEZ,

## CERTIFICATE OF TRIAL ATTORNEY*

       Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

- X   Miami     ___ Key West
- ___ FTL     ___ WPB     ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)     Yes
   List language and/or dialect    Spanish

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    X
   - II   6 to 10 days    ___
   - III   11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V   61 days and over    ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.    ___
   - Felony    X

6. Has this case been previously filed in this District Court? (Yes or No)    NO
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X No

                                          _/s/ Susan R. Osborne_
                                          SUSAN R. OSBORNE
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court No. A5500797

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __DAILIN PICO RODRIGUEZ__

Case No:_____

Count #: 1

__False Statements__

__Title 18, United States Code, Section 1001__

\* **Max.Penalty**:        5 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.