U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 11-20352-CR-Altonaga

UNITED STATES OF AMERICA

Dailin Pico Rodriguez, Reg. No. 82618-004

v.

Dailin Pico Rodriguez,

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for  initial appearance  on  Wednesday, July 13, 2011 at 1:30 p.m. at  301 N. Miami Avenue, 8th Floor, Miami, FL 33128 .

2. Dailin Pico Rodriguez, Reg. No. 82618-004 , a material witness for the United States in this case, is now confined in  Federal Detention Center - Tallahassee, FL  at  501 Capital Circle, NE, Tallahassee, FL 32301 .

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at  301 North Miami Avenue, 8th Floor, Miami, FL 33128 - Magistrate Judge Simonton .

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said  Dailin Pico Rodriguez, Reg. No. 82618-004  and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution ; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *Susan Osborne*
Susan Osborne
Assistant United States Attorney

cc: U.S. Attorney ( Susan Osborne, AUSA )