FILED by TB D.C.
ELECTRONIC

July 21, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20352-CR-ALTONAGA(s)
18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

DAILIN PICO RODRIGUEZ,

Defendant.
_____/

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about February 4, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

DAILIN PICO RODRIGUEZ,

in a matter within the jurisdiction of the Department of Justice, Office of Inspector General ("DOJ-OIG"), an agency of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant represented to a Special Agent of the DOJ-OIG that her prison issued clothing contained the semen of a correctional officer at the Federal Detention Center in Miami ("FDC Miami") who had sexually assaulted her, when in truth and fact, as the defendant then and there well knew, her prison issued clothing did not contain the semen of a correctional officer at FDC Miami who had sexually assaulted her,

in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO

On or about February 12, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

### DAILIN PICO RODRIGUEZ,

in a matter within the jurisdiction of Federal Bureau of Investigation ("FBI"), an agency of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant represented to a Special Agent of the FBI that her prison issued clothing contained the semen of a correctional officer at FDC Miami who had sexually assaulted her, when in truth and fact, as the defendant then and there well knew, her prison issued clothing did not contain the semen of a correctional officer at FDC Miami who had sexually assaulted her, in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE

On or about February 25, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

### DAILIN PICO RODRIGUEZ,

in a matter within the jurisdiction of the FBI, an agency of the executive branch of the Government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant represented to a Special Agent of the FBI that she had saved hair cuttings that contained the semen of a correctional officer at the Federal Detention Center in Miami ("FDC Miami") who had

2

sexually assaulted her, when in truth and fact, as the defendant then and there well knew, the hair cuttings did not contain the semen of a correctional officer at FDC Miami who had sexually assaulted her, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_____

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

DAILIN PICO RODRIGUEZ,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.
_____/

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X | Miami | ___ Key West |
| ___ | FTL | ___ WPB ___ FTP |

New Defendant(s)        Yes ___    No  X
Number of New Defendants           0
Total number of counts             3

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       X           Petty       ___
   II   6 to 10 days      ___         Minor       ___
   III  11 to 20 days     ___         Misdem.     ___
   IV   21 to 60 days     ___         Felony      X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   YES
   If yes:
   Judge: _____ALTONAGA_____        Case No. 11-20352-CR-ALTONAGA
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____       District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X No

Susan R. [signature]
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500797

*Penalty Sheet(s) attached

REV 4/8/08

PENALTY SHEET

**Defendant's Name:** DAILIN PICO RODRIGUEZ

**Case No:** 11-20352-CR-ALTONAGA

Count #: 1

False Statements

Title 18, United States Code, Section 1001

*** Max.Penalty:** 5 Years' Imprisonment

Count #: 2

False Statements

Title 18, United States Code, Section 1001

*** Max.Penalty:** 5 Years' Imprisonment

Count #: 3

False Statements

Title 18, United States Code, Section 1001

*** Max.Penalty:** 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.